IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Brooks Sports, Inc., a Washington corporation, | Civil Action No. 12-cv-1815-TSZ |
| Plaintiff, | Plaintiff Brooks Sports, Inc.'s Notice of Voluntary Dismissal |
| v. | |
| Fred Meyer Stores, Inc., an Oregon corporation | |
| Defendant. | |

Plaintiff, Brooks Sports, Inc., hereby gives notice pursuant to Fed. R. Civ. P. 41(a) that it is dismissing all claims in the above-captioned action, without prejudice.

Defendant Fred Meyer Stores, Inc. has not been served the Complaint and has not formally appeared in this action. Respectfully submitted,

SEED IP Law Group PLLC

January 8, 2013
Date

s/Kevin S. Costanza
Kevin S. Costanza, Esq.
KevinC@SeedIP.com
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104-7092
Telephone: (206) 622-4900

Attorneys for Plaintiff
BROOKS SPORTS, INC.

2358965_1.DOC

Plaintiff Brooks Sports, Inc.'s Notice of Voluntary Dismissal
[12cv1815-TSZ].................................................................. 1

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104
(206) 622-4900